1172 ROBINSON vs. BOARD OF SUPERVISORS (Cheboygan), 49 M., 321.

To compel respondent to admit relator to a seat as a supervisor, he having received the statutory certificate of election.

Granted October 18, 1882.

1173 TINKER vs. BOARD OF PUBLIC WORKS (Jackson), No. 13548, 97 M., 616.

To compel respondent to recognize relator as a member of said board, and to allow him to participate in its proceedings.

Denied June 8, 1893, with costs, on the ground that the petition fails to show his appointment by a vote of the majority of the council, exclusive of his own vote.

1175 HOLDEN (Pres. Reed City) vs. BOARD OF SUPERVISORS (Osceola), 77 M., 202.

To compel respondents to allow relator to sit with them as a member of the Board of Supervisors.

Granted October 25, 1889.

Held, that the Act re-incorporating the village of Reed City and making the president of said village, ex-officio, a member of the Board of Supervisors of the county, is constitutional.